UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00420-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGO RIOS-CHAVEZ,
    a/k/a Hugo Chavez,
    a/k/a Hugo Chavez Chavez,
    a/k/a Hugo Alejandro Chavez,

    Defendant.
_____

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Ad Prosequendum (filed October 24, 2008) is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce HUGO RIOS CHAVEZ before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated: November 4, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge