UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00420-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGO RIOS-CHAVEZ,
    a/k/a Hugo Chavez,
    a/k/a Hugo Chavez Chavez,
    a/k/a Hugo Alejandro Chavez,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 8, 2008,** and responses to these motions shall be filed by **Monday, December 22, 2008.** It is

FURTHER ORDERED that counsel shall contact my chambers and schedule a hearing on all pending motions, if any, and final trial preparation conference, if necessary. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, January 12, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated this 20th day of November, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Chief Judge